Argued and submitted October 20, affirmed November 26, 2003

## In the Matter of the Compensation of
## Jason A. Bucher, Claimant.

## COLUMBIA HEATING AND COOLING, INC.,
### and Fremont-Cambridge,
*Petitioners,*

*v.*

## Jason A. BUCHER
## and Workers' Compensation Board,
*Respondents.*

## 01-00272; A118555

80 P3d 544

Deborah L. Sather argued the cause for petitioners. With her on the briefs were Tracy J. White and Sather, Byerly & Holloway.

Gerald C. Doblie argued the cause for respondent Jason A. Bucher. With him on the brief was Doblie & Associates.

No appearance for respondent Workers' Compensation Board.

Before Edmonds, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

In this workers' compensation case, petitioners argue that the Workers' Compensation Board committed two errors. Petitioners first argue that the board erred in determining that claimant did not have a combined condition and second argues that the board abused its discretion by issuing its order in the absence of a board member with the "background and understanding as to the concerns of employers." ORS 656.712(1). We affirm.

The first assignment of error concerns the board's finding that claimant did not have a combined condition. The board found that claimant's two conditions, a preexisting right shoulder condition and a compensable right shoulder strain, did not combine. There is substantial evidence in the record supporting the board's findings.

Our recent decision, *Fred Meyer Stores, Inc. v. Ernst,* 190 Or App 525, 79 P3d 387 (2003), decided petitioners' second assignment of error adversely to them. For the reasons stated in *Ernst,* we reject that assignment of error.

Affirmed.